No. 168. J. N. McBRIDE v. STATE OF IDAHO. Error to the Supreme Court of the State of Idaho. Submitted March 17, 1922. Decided March 20, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk, &c. Ry. Co.*, 228 U. S. 596, 600; *Pennsylvania Hospital* v. *Philadelphia*, 245 U. S. 20, 24. (2) *Crane* v. *Campbell*, 245 U. S. 304. *Mr. Patrick H. Loughran* and *Mr. M. H. Eustace* for plaintiff in error. *Mr. Roy L. Black* and *Mr. Albert H. Conner* for defendant in error.

---

No. 499. G. D. COLLINS ET AL. v. J. J. BYRNES, SHERIFF, ETC. Error to the Superior Court in and for the City and County of San Francisco, State of California. Motion to dismiss submitted March 20, 1922. Decided March 27, 1922. *Per Curiam.* Dismissed for want of jurisdiction. § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton*, 252 U. S. 1, 5–6. *Mr. George D. Collins, Mr. Maxwell McNutt* and *Mr. William H. Metson* for plaintiffs in error. *Mr. John W. Preston* for defendant in error.